UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-245(2)(DWF/HB)

UNITED STATES OF AMERICA,

        Plaintiff,                 SENTENCING ENHANCEMENT
                                          INFORMATION
   v.

JUSTIN MICHAEL DRECHSEL,

        Defendant.

Pursuant to 21 U.S.C. § 851(a), the United States hereby gives notice of its intention to rely on the following prior conviction of the defendant, Justin Michael Drechsel, for the purpose of enhancing his sentence in the event he is convicted in this case, namely:

- a February 23, 2017, conviction in Anoka County, Minnesota, for First Degree Possession With Intent to Distribute Controlled Substances. *See* Anoka County Case No. 19HA-CR-15-4349.

As to Count 1 of the Superseding Indictment, the effect of filing this sentencing enhancement information is to increase the statutory mandatory minimum penalty from ten years to twenty years, the maximum fine from $10 million dollars to $20 million dollars, and the minimum supervised release term from five years to ten years. *See* 21 U.S.C. §§ 841(b)(1)(A), 802(44) and 851.

As to Count 6 of the Superseding Indictment, the effect of filing this sentencing enhancement information is to increase the statutory mandatory minimum penalty from five years to ten years, the maximum penalty from 40 years to life, the maximum fine from $5 million dollars to $8 million dollars, and the minimum term of supervised release term from four years to eight years. *See* 21 U.S.C. §§ 841(b)(1)(B), 802(44) and 851.

As to Count 7 of the Superseding Indictment, the effect of filing this sentencing enhancement information is to increase the statutory mandatory minimum penalty from ten years to twenty years, the maximum fine from $10 million dollars to $20 million dollars, and the minimum supervised release term from five years to ten years.

Dated: January 2, 2019

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/Allen Slaughter*
BY: ALLEN A. SLAUGHTER JR.
Assistant U.S. Attorney
Attorney ID No. 301668